JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| TRAVARE MONROE GRANT, | ) | |
| | ) | |
| Petitioner, | ) | Case No.  EDCV 14-1345-CJC(AJW) |
| | ) | |
| v. | ) | |
| | ) | |
| RIVERSIDE COUNTY SUPERIOR COURT, | ) | JUDGMENT |
| | ) | |
| Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: July 22, 2014

_____
Cormac J. Carney
United States District Judge